McCABE, WEISBERG & CONWAY, P.C.
Carol Rogers Cobb, Esquire – I.D. No. 028761994
216 HADDON AVENUE, SUITE 201
WESTMONT, NEW JERSEY 08108
(856) 858-7080
ATTORNEYS FOR PLAINTIFF
Matter No. 14-203428 – 14-203428



| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>United States of America,<br>　　-and-<br>PNC Bank, N.A.,<br><br>　　　　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>OCEAN COUNTY<br><br>Docket No. C-47-16<br><br>Civil Action<br><br>**ORDER** |

THIS MATTER being brought before the Court on Motion of McCabe, Weisberg & Conway, PC, attorneys for Plaintiff, for an Order entering Default Judgment against the Defendants; and the Court having considered the moving papers and the opposition papers, if any; and for good cause shown: and for the reasons set forth in the unopposed papers

IT IS ON THIS 24th DAY OF June, 2016, ORDERED:

1. Default Judgment for the relief demanded in the Complaint is hereby granted in favor of Plaintiff;

2. Defendant, United States of America, has no right, title or interest on the property located in Township of Little Egg Harbor, County of Ocean and State of New Jersey and is commonly known as 40 Vincent Court, Little Egg Harbor, New Jersey 08087, Block 285.11, Lot 2.14, notwithstanding the judgment docketed as CR-00667-2002 in the amount of $100.00.

3. Defendant, PNC Bank, N.A., has no right, title or interest on the property located in Township of Little Egg Harbor, County of Ocean and State of New Jersey and is commonly known as

40 Vincent Court, Little Egg Harbor, New Jersey 08087. Block 285.11, Lot 2.14, notwithstanding the judgment docketed as CR-00667-2002 in the amount of $27,974.03.

4. Plaintiff shall, within seven (7) days after receipt of this Order, by its counsel serve by ordinary mail a copy of this Order upon all parties

FRANCIS R. HODGSON, JR. P.J. Ch

Opposed _____    Unopposed ✓ _____

I, STEPHANIE HUDSON ACTING DEPUTY CLERK OF THE SUPERIOR COURT OF NEW JERSEY, THE SAME BEING A COURT OF RECORD, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE 6/24/16 Order NOW ON FILE IN MY OFFICE. IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF SAID COURT AT TOMS RIVER, THIS 21st DAY OF July, 2016

ACTING DEPUTY CLERK SUPERIOR COURT, NJ

LAW OFFICES
# McCABE, WEISBERG & CONWAY, P.C.

| | | |
|---|---|---|
| SUITE 1400<br>123 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19109<br>(215) 790-1010<br>FAX (215) 790-1274 | SUITE 201<br>216 HADDON AVENUE<br>WESTMONT, NJ 08108<br>(856) 858-7080<br>FAX (856) 858-7020 | SUITE 210<br>145 HUGUENOT STREET<br>NEW ROCHELLE, NY 10801<br>(914)-636-8900<br>FAX (914) 636-8901 |
| SUITE 202<br>4021 UNIVERSITY DRIVE<br>FAIRFAX, VA 22030<br>703-273-3508<br>FAX (301) 490-1568 | | SUITE 100<br>30 BUXTON FARMS ROAD<br>STAMFORD, CT 06905<br>(203) 992-8200<br>FAX (855) 425-1979 |
| SUITE 800<br>312 MARSHALL AVENUE<br>LAUREL, MD 20707<br>(301) 490-3361<br>FAX (301) 490-1568<br>Also servicing the District of Columbia | July 27, 2016 | SUITE 130<br>DELAWARE CORPORATE CENTER I<br>ONE RIGHTER PARKWAY<br>WILMINGTON, DELAWARE 19803<br>(302) 409-3520<br>FAX 855-425-1980 |

Clerk of the Court
United States District Court
District of New Jersey
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   U.S> Bank Trust, NA v. United States of America, et al.
      Docket No: C-47-16
      Our Matter Number: 14-203428   14-203428

Dear Sir/Madam:

    Enclosed please find an **original** Gold Seal Order for the above matter. Please record the Order by placing a Utility Event on the USDC judgment's docket, inserting the text of **Paragraphs 2 and 3** of the attached Order, and return the **original** Order and docket filing information to this office in the self-addressed envelope enclosed herewith for your convenience. Should there be a fee associated with this request, please advise and we will immediately forward this firm's check.

    Thank you for your attention to this matter. If you should have any questions feel free to contact me directly.

                                    Very truly yours,
                                    McCABE, WEISBERG & CONWAY, P.C.

                                    *Lorry Hearn*
                                    Lorry Hearn, Legal Assistant

*This is a communication from a debt collector.*
*This letter may be an attempt to collect a debt and any information obtained will be used for that purpose.*